Eugenia B. MACLOSKIE, as Executrix of the Estate of Charles W. Macloskie, Deceased, and State Farm Mutual Automobile Insurance Company, Appellees,

v.

ROYAL INDEMNITY COMPANY, Appellant.

No. 10901.

United States Court of Appeals Fourth Circuit.

Argued March 7, 1967.

Decided March 10, 1967.

G. Dana Sinkler, Charleston, S. C. (Charles H. Gibbs, and Sinkler, Gibbs & Simons, Charleston, S.C., on brief), for appellant.

J. W. Cabaniss, Charleston, S. C. (deRossett Myers, Ben Scott Whaley and Nathaniel L. Barnwell, and Pritchard, Myers & Morrison, Grimball & Cabaniss, and Barnwell, Whaley, Stevenson & Patterson, Charleston, S.C., on brief), for appellees.

Before HAYNSWORTH, Chief Judge, and BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM:

For the reason stated by the District Court, the judgment is affirmed.

Affirmed.

William SMITH, t/a W. Smith Tire Company, Appellant,

v.

FIRESTONE TIRE AND RUBBER CO.

William SMITH, t/a W. Smith Tire Company

v.

FIRESTONE TIRE AND RUBBER CO., Appellant.

Nos. 16100, 16101.

United States Court of Appeals Third Circuit.

Argued March 21, 1967.

Decided April 4, 1967.

See also D.C., 255 F.Supp. 905.

Edwin J. McDermott, Philadelphia, Pa. and Bernard I. Shovlin, Philadelphia, Pa., for Smith.

Harrison G. Kildare, Philadelphia, Pa. (Rawle & Henderson, Philadelphia, Pa., Warrin C. Meyers, Philadelphia, Pa., on the brief), for Firestone Tire & Rubber Co.

Before STALEY, Chief Judge, and KALODNER and SMITH, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On review of the record of these appeals at 16100 and 16101, we find no prejudicial error. The judgment of the District Court will be affirmed, each party to bear its own costs.